**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

**United States of America**

**-vs-** **Case No. 2-25-CR-92**

**Jose Adin Benjume-Gutierrez**

---

## CHANGE OF PLEA COURTROOM MINUTES

| | | | |
|---|---|---|---|
| JUDGE: | Norah McCann King | DATE AND TIME: | 11/5/25 @ 10 AM |
| DEPUTY CLERK: | Spencer D. Harris | COUNSEL FOR GOVT: | T Aagard |
| COURT SMART | A Kimmel | COUNSEL FOR DEFT(S). | R Brown |
| INTERPRETER: | Rafael Montanez | PRETRIAL/PROBATION: | |

Dft appeared with Counsel and consented to plead before a US Magistrate Judge; Dft changes his plea from not guilty to "**GUILTY**" to the pending charges; Judge to issue a RR and a PSI is to be ordered. Dft to remain in custody pending pending further proceedings. .

Court adjourn.